## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO MANUEL BLAKE,               )<br>                                                                 )<br>                              Plaintiff,    )<br>         vs.                                                 )<br>                                                                 )<br>JAMES DZURENDA, *et al.*,            )<br>                                                                 )<br>                              Defendants.  )<br>_____ ) | 3:19-cv-00321-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>January 11, 2021 |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>     REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's "Motion for Enlargement of Time" (ECF No. 27).  Plaintiff requests a seven (7) day enlargement of time to file and serve his reply to Defendants' opposition to Plaintiff's motion for preliminary injunction.

    Plaintiff's "Motion for Enlargement of Time" (ECF No. 27) is **GRANTED**.  Plaintiff shall have to and including **January 14, 2021**, in which to file and serve his reply to Defendants' opposition to Plaintiff's motion for preliminary injunction.

    **IT IS SO ORDERED.**

                                                                                DEBRA K. KEMPI, CLERK

                                                                                By: _____/s/_____
                                                                                        Deputy Clerk