# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALFONSO MANUEL BLAKE,<br><br>                    Plaintiff,<br>     v.<br>JAMES DZURENDA, *et al.*,<br><br>                    Defendants. | Case No. 3:19-cv-00321-MMD-WGC<br><br>ORDER |

*Pro se* Plaintiff Alfonso Manuel Blake brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 57), recommending the Court dismiss Defendant Richard Snyder without prejudice under Federal Rule of Civil Procedure 25(a)(1) because no timely notice of substitution was filed. Plaintiff had until October 13, 2021, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will dismiss Snyder.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1  Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Cobb did not clearly err. As noted, here, Judge Cobb recommends the Court dismiss Snyder without prejudice under Rule 25(a)(1) because no timely notice of substitution was filed. (ECF No. 57.) The Court agrees with Judge Cobb. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 57) is accepted and adopted in full.

It is further ordered that Defendant Richard Snyder is dismissed without prejudice under Rule 25(a)(1).

DATED THIS 2nd Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE