UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO MANUEL BLAKE,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                    Defendants. | Case No. 3:19-cv-00321-ART-CSD<br><br>ORDER |

     Before the Court is Defendants' Motion for Extension of Time to Respond to Magistrate Judge Denney's Report and Recommendation (ECF No. 69). ECF No. 70.

     Good cause appearing, Defendants' motion (ECF No. 70) is GRANTED. The Defendants shall have up to and including May 31, 2022, to file objections to the Report & Recommendation of United States Magistrate Judge (ECF No. 69).

     DATED THIS 19th day of May 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1