# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO MANUEL BLAKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　Defendants. | Case No. 3:19-cv-00321-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Douglas Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Alfonso Manuel Blake, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this 12th day of November, 2025.

DATED this 12th day of November 2025.
AARON D. FORD
Attorney General

By:

/s/ Douglas Rands
DOUGLAS R. RANDS, (Bar No. 3572)
Attorneys for Interested Party

ALFONSO MANUEL BLAKE, 81931
Plaintiff, pro se

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

Anne R. Traum
United States District Judge

DATED: December 12, 2025